**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LISA AUDIT, | Civil Action No. |
| Plaintiffs, | 25-cv-01609 |
| v. | (Judge Stickman) |
| LILIZUBU, et. al., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 3 | feng-feng |
| 12 | ZBrgik |
| 29 | GUMITOON |
| 33 | US Art Family |
| 69 | BHNACIER |
| 70 | CC HOME |
| 75 | chen huaping |
| 76 | OXYLIPO |
| 77 | Parrty Hurrican |
| 92 | yunzy |
| 95 | pengtingshop |
| 98 | KeGongTianShangMao |
| 105 | lukeshop |
| 106 | wei store |
| 112 | xuweiming |
| 116 | Nest & Nook |

| 120 | qianduo store |
|-----|---------------|
| 121 | LWLWJSHDBHA |
| 122 | Tan6ShanHai |
| 124 | Kai Te Trading Company |
| 135 | Seabin |
| 141 | TyTqxy |
| 146 | Usmixi Beauty Store |
| 150 | Teissuly Direct |
| 153 | sjsjsji |
| 161 | Delightful Present Depot |
| 165 | Mug Mugs |
| 167 | LiquidLuxe |
| 172 | HuaCupCup |
| 173 | HuhuhuhuuuuuU |
| 179 | CLannad local |
| 181 | llmy |
| 217 | WMeng shop |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: March 20, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff

- 2 -