IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA AUDIT,

                         Plaintiffs,                    |    Civil Action No. 25-cv-1609

v.

LILIZUBU, *et al*.,                                     |    Judge Stickman

                         Defendants.

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**

To the Clerk of the U.S. District Court for the Western District of Pennsylvania

You will please enter the defaults of each of the Defendants as noted in Schedule "A" hereto for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Affidavit of Stanley D. Ference in Support of Request to Enter Default hereto attached. Entering these defaults will not close the case because other Defendants, not included in this Schedule "A," have responded.

                                        Respectfully submitted,


Dated:  March 20, 2026                  /s/Stanley D. Ference III
                                        Stanley D. Ference III
                                        Pa. ID No. 59899
                                        courts@ferencelaw.com

                                        FERENCE & ASSOCIATES LLC
                                        409 Broad Street
                                        Pittsburgh, Pennsylvania 15143
                                        (412) 741-8400 – Telephone
                                        (412) 741-9292 – Facsimile
                                        Attorneys for the Plaintiff