IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA AUDIT,

                Plaintiffs,

v.

LILIZUBU, *et al.*,

                Defendants.

Civil Action No. 25-cv-1609

Judge Stickman

AND NOW, this _____ DAY of _____, 2026, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Schedule "A" for failure to plead or otherwise defend.

_____
Clerk