IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA AUDIT,

          *Plaintiff*,

    v.

SCHEDULE A DEFENDANTS,

          *Defendants*.

Civil Action No. 2:25-cv-1609

Hon. William S. Stickman IV

**ORDER OF COURT**

AND NOW, this 8th day of April 2026, IT IS HEREBY ORDERED that Defendants'

responses to Motion for Default Judgment (ECF No. 58) are due on or before **April 17, 2026**.

IT IS FURTHER ORDERED that a videoconference motion hearing is scheduled for

**April 20, 2026 at 9:30 am**.  The Zoom invitation is provided below.  Counsel for Plaintiff shall

promptly serve a copy of this order upon Defendants and file proof of the same with the Court.

Join Zoom Meeting by web:

https://pawd-uscourts.zoomgov.com/j/1613612425

BY THE COURT:

s/  William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE